# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JO CHARLES,
ALIEN # A77-836-796,

    Petitioner,

vs.                              Case No. 4:09cv207-SPM/WCS

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,

    Respondents.

_____/

## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, filed a petition seeking a writ of habeas corpus under § 2241 on June 5, 2009. Doc. 1. Petitioner did not challenge the order of removal, only a period of alleged indefinite detention, and he sought release under Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.* Service was directed, doc. 7, and Petitioner's copy of the service order was returned to the Court as "undeliverable." Doc. 9. Thus, an order was entered directing Respondents to advise whether Petitioner had only been transferred from the Wakulla County Jail or whether he had been granted the relief sought in this petition – release from detention. Doc. 13. Respondents have filed a response and advise that Petitioner was removed from the United States to his native

country of Haiti on June 24, 2009. Doc. 18. Attached to the response is an executed Form I-205, with a demonstration that Petitioner's removal was witnessed on June 24, 2009. Doc. 18-2, p. 3.

Accordingly, this § 2241 petition is moot because the relief requested by Petitioner, release from detention, has been provided. Petitioner did not contest his removal from this country, and is no longer in custody by virtue of his removal to Haiti.

In light of the assertion by Respondents, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Jo Charles, Alien # A077-836-796, be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on September 9, 2009.

   s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**