IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


JO CHARLES,
ALIEN # A077-836-796,

        Petitioner,

v.                                  CASE NO. 4:09cv207-SPM/WCS

ERIC H. HOLDER, JR.,
ATTORNEY GENERAL OF
THE UNITED STATES, et al.,

        Respondents.

_____/


**ORDER**

      THIS CAUSE comes before the court on the magistrate judge's report and recommendation dated September 9, 2009 (doc. 20) recommending that the § 2241habeas petition be dismissed as moot because Petitioner is no longer in custody because he has been removed to Haiti.

      Pursuant to Title 28, United States Code, Section 636(b), I have determined that the report and recommendation is correct and should be adopted.  Accordingly, it is hereby ORDERED as follows:

      1.      The magistrate judge's report and recommendation (doc. 20) is

ADOPTED and incorporated by reference in this order.

2.      The § 2241 petition filed by Petitioner Jo Charles, Alien # A077-

836-796, is dismissed as moot.

DONE AND ORDERED this 9th day of November, 2010.


_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge